```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NANA QUEENIE LAWRENCE,                                                 :
                                                                       :
                        Plaintiff,                                     :
                                                                       :           24 Civ. 6245 (JPC)
        -v-                                                            :
                                                                       :                ORDER
260 ELIZABETH STREET OWNER LLC, T-SHIRT                                :
GIRLS LLC, and PERFECTWHITETEE,                                        :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 4, 2024, Plaintiff served Defendant 260 Elizabeth Street Owner LLC and Defendant T-Shirt Girls LLC (collectively, "Defendants") with copies of the Summons and Complaint. Dkt. 7. Defendants' deadline to respond to the Complaint was therefore September 25, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until October 22, 2024. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default with respect to Defendants 260 Elizabeth Street Owner LLC and T-Shirt Girls LLC by October 29, 2024.

SO ORDERED.

Dated: October 15, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge